# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2019

SEAN F. McAVOY, CLERK

COLUMBIA RIVERKEEPER,

*Plaintiff*

v.

UNITED STATES ARMY CORPS OF ENGINEERS; and LIEUTENANT GENERAL TODD T. SEMONITE, in his official capacity as the Commanding General and Chief of Engineers of the United States Army Corps of Engineers,

*Defendant*

Civil Action No. 2:19-CV-126-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Based on the settlement reached by the parties pursuant to Fed. R. Civ. P. 68, Judgment is entered in favor of Plaintiff and against Defendants according to the terms set forth in Attachment A of the Order Granting Plaintiff's Motion to Amend Judgment, ECF No. 23.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on an unopposed motion to amend judgment, ECF No. 22.

Date: December 12, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Angela Noel
*(By) Deputy Clerk*

Angela Noel