# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2020

SEAN F. McAVOY, CLERK

COLUMBIA RIVERKEEPER,

*Plaintiff*

v.

UNITED STATES ARMY CORPS OF ENGINEERS; and LIEUTENANT GENERAL TODD T. SEMONITESEMONITE, in his official capacity,

*Defendant*

Civil Action No. 2:19-CV-126-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion on Plaintiff's Claim for Costs of Litigation, Including Attorney and Expert Witness Fees, ECF No. 31, is GRANTED.
Judgment is entered in favor of Plaintiff according to the Parties' Stipulated Agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on parties' stipulated motion

Date: February 25, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Angela Noel
*(By) Deputy Clerk*

Angela Noel